UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**EMILIO FUSCO,**
                Petitioner

v.                                                CA 04-30193-MAP

**UNITED STATES OF AMERICA,**
                Respondent

<u>ORDER</u>

October 1, 2004

**PONSOR, D.J.**

    Before the Court is a petition filed pursuant to 28 USC 2255. It is hereby ordered that the Clerk serve a copy of said petition on the United States Attorney and that the respondent file a response to the petition within thirty(30) days of the date of this Order.

    It is so ordered.

                                      /S/Michael A. Ponsor
                                       United States District Judge