UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EMILIO FUSCO,                )
                             )
        Plaintiff,            )
                             )
v.                           )  CA 04-30193-MAP
                             )
UNITED STATES OF AMERICA,    )
                             )
        Defendant.            )

## UNITED STATES REQUEST FOR EXTENSION OF TIME

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend by thirty days the deadline for responding to the 2255 Motion to Vacate for the reason that the undersigned U.S. Attorney has been in trial for the past three weeks and was unable to file a timely response. The undersigned Assistant U.S. Attorney respectfully requests that she be excused from the conference requirements of Local Rule 7.1 due to the fact that the pro se petitioner is incarcerated.

WHEREFORE, the defendant respectfully requests that the deadline for responding to the 2255 petition be extended to December 1, 2004.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: _____
                        KAREN L. GOODWIN
                        Assistant U.S. Attorney
                        1550 Main Street, Room 310
                        Springfield, MA 01103-1422

DATED: November 9, 2004          (413) 785-0269


## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

      Emilio Fusco
      02689-748
      Federal Correctional Institute
      P.O. Box 2000
      Fort Dix, NJ 08640

This 9th Day of November, 2004.

                                _____
                                KAREN L. GOODWIN
                                ASSISTANT UNITED STATES ATTORNEY