11-23-04

To: Clerk of the Courts

I would like to inform you of a change in my ADDRESS. Please send all correspondence to me AT this ADDRESS:

Emilio Fusco
02689-748
P.O. Box 9006
RayBrook NY
12977

I Am expecting an answer to my motion in Early December

Thank you for your time in this very Important matter

Respectfully yours

Fusco Emilio

Emilio Fusco
02689-748
P.O. Box 9006
RayBrook N.Y
12977

P.S. Please Notify me that you have received this.

C.C. File