UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EMILIO FUSCO,                )
                             )
        Plaintiff,            )
                             )
v.                           ) CA 04-30193-MAP
                             )
UNITED STATES OF AMERICA,    )
                             )
        Defendant.            )

### UNITED STATES SECOND REQUEST FOR EXTENSION OF TIME

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend for three weeks the deadline for responding to the 2255 Motion to Vacate for the reason that the undersigned U.S. Attorney requires additional time to review the petition and prepare her response. The undersigned Assistant U.S. Attorney respectfully requests that she be excused from the conference requirements of Local Rule 7.1 due to the fact that the pro se petitioner is incarcerated.

WHEREFORE, the defendant respectfully requests that the deadline for responding to the 2255 petition be extended to December 22, 2004.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: /s/ Karen L. Goodwin
    KAREN L. GOODWIN
    Assistant U.S. Attorney
    1550 Main Street, Room 310
    Springfield, MA 01103-1422

DATED: November 30, 2004    (413) 785-0269


## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Emilio Fusco
    02689-748
    P.O. Box 9006
    Raybrook, NY 12977

This 30th Day of November, 2004.

/s/ Karen L. Goodwin
KAREN L. GOODWIN
ASSISTANT UNITED STATES ATTORNEY

2