# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

EMILIO FUSCO,

    Petitioner

           v.                CIVIL ACTION NO. 3: 04-30193 -MAP

UNITED STATES OF AMERICA,

    Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the petitioner's motion to vacate, set aside or correct his sentence.

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated:  April 5, 2005              By  /s/ *Maurice G. Lindsay*
                                       Maurice G. Lindsay
                                       Deputy Clerk

(Civil Judgment3.wpd - 11/98)                                                                             [jgm.]